IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Janella E. Campbell-David,

Plaintiff(s),

v.

Cook County Health & Hospital System ,

Defendant(s).

Case No. 21 cv 3555
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Cook County Health & Hospital System
and against plaintiff(s) Janella E. Campbell-David.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Coleman on a motion to dismiss.

Date: 9/26/2022                         Thomas G. Bruton, Clerk of Court

                                        Yvette Montanez , Deputy Clerk